**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:25-cv-61354-RS

FEARLESS TIES 4, LLC, A Tennessee Limited Liability Company,

Plaintiff,

v.

BRYAN S. JOHNSON, a/k/a Reazy or Reazy Renegade, an individual, and NICHOLAS KOUTSODONTIS, a/k/a Chiko, an individual,

Defendants.
_______________________________________/

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants, BRYAN S. JOHNSON a/k/a Reazy or Reazy Renegade ("Johnson") and NICHOLAS KOUTSODONTIS a/k/a Chiko ("Koutsodontis") (collectively "Defendants"), files this unopposed Motion for the entry of an order extending the time to file a responsive pleading to Plaintiff, FEARLESS TIES 4, LLC's Complaint [ECF No. 1] (the "Complaint") and as grounds therefore state:

1. Plaintiff filed its Complaint on July 3, 2025.

2. Plaintiff filed the Summons Returned [ECF No. 6], which states that Defendant Johnson was served on July 4, 2025.

3. Plaintiff filed the Summons Returned [ECF No. 7], which states that Defendant Koutsodontis was served on July 9, 2025.

4. Therefore, under the Federal Rules of Civil Procedure, Johnson's and Koutsdonotis' responsive pleading to the Complaint is due by July 24 and July 29, respectively.

5. Defendants just recently retained undersigned counsel to represent them in the instant action.

6. In light of the immediate deadline, and in order for the undersigned counsel to examine the claims set forth in the Plaintiff's complaint and all related documentation. Defendants seek a reasonable extension of time through and including August 10, 2025, within which to serve a responsive pleading to the Complaint.

7. District courts have "unquestionable" authority to control their own dockets. *Smith v. Psychiatric Sols., Inc*., 750 F.3d 1253, 1262 (11th Cir. 2014) (quoting *Canada v. Mathews*, 449 F.2d 253, 255 (5th Cir.1971)). This authority includes the broad discretion over the management of pre-trial activities, including discovery and scheduling. *Johnson v. Bd. of Regents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001); "This Court (as do most courts) routinely grants reasonable extensions of time for both sides of disputes." *Gillins v. Sec'y, Dep't of Corr.*, No. 8:11-CV-171-T-30MAP, 2011 U.S. Dist. LEXIS 136215, 2011 WL 5975409, at *2 (M.D. Fla. Nov. 28, 2011).

8. Further, Plaintiff does not oppose the extension sought herein.

**LR 7.1 Certification**

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), Defendants' counsel has conferred with Plaintiff's counsel, Cary Aronovitz, on July 23, 2025, with respect to the relief sought herein and he has advised that there is no objection to the requested extension.

**WHEREFORE**, Defendants, Bryan S. Johnson and Nicholas Koutsodontis request that this Court enter an order extending the time for them to file a responsive pleading to Plaintiff, Fearless Ties 4, LLC's Complaint through and including August 10, 2025, and grant all other relief this Court deems just and appropriate.

**Respectfully submitted,**

**WOLFE LAW MIAMI, P.A.**
*Attorneys for Defendants Bryan S. Johnson and Nicholas Koutsodontis*
Latitude One Offices
175 SW 7th Street, Suite 2410
Miami, FL 33130
Phone: 305-384-7370
Fax: 305-384-7371

By: */s/ Mason R. Wolfe*
MASON R. WOLFE, ESQ.
Florida Bar No.: 0214562
rwolfe@wolfelawmiami.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Wednesday, July 23, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.